UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON EVAN RABINOVITZ,<br><br>  Plaintiff,<br><br>vs.<br><br>SECURITY CREDIT SYSTEMS, INC. &<br><br>JOHN AND JANE DOES 1-10,<br><br>  Defendant | Case No.: 09CIV6052<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff AARON EVAN RABINOVITZ, and defendant, SECURITY CREDIT SYSTEMS INC., and /or JOHN AND JANE DOES 1 – 10, that the above entitled action is hereby dismissed with prejudice, and without costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, N.Y.

August 18th, 2009


For AARON EVAN RABINOVITZ

BY: _____

M. Harvey Rephen, Esq.

M. HARVEY REPHEN & ASSOCIATES, P.C.

708 3rd Ave., 6th Fl.

New York, N.Y. 100017

Tel: 212.796.0930

Fax: 866.832.8600