UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AARON EVAN RABINOVITZ,

                        Plaintiff,

       -against-

SECURITY CREDIT SYSTEMS INC.
and/or JOHN AND JANE DOES 1 – 10,

                     Defendant(s).
-----------------------------------------------------------X

Civil Action No.: 09 CIV 6052

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties to the above entitled claim, that whereas no party hereto is an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action, including all claims and cross claims, if any, be, and the same hereby is discontinued with prejudice without costs or disbursements as against one or the other.

Dated: August 18th, 2009
        New York, New York

For: **AARON EVAN RABINOVITZ**

By: _____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930
Fax:: (866) 832 - 8600

**SO ORDERED**
By: _____
Hon. _____8/24/09_____, USDJ